## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GENNENE GRAVES, Individually and on
Behalf of Others Similarly Situated,

          Plaintiff,

vs.

KELLERMEYER BERGENSONS
SERVICES, LLC,

          Defendant.

CASE NO. 2:15-CV-10052

HON. MARIANNE O. BATTANI

MAG. JUDGE DAVID R. GRAND

---

JULIE A. PETRIK (P47131)
IAN B. LYNGKLIP (P47143)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway
Suite 206
Southfield, Michigan  48075
Telephone:      (248) 208-8864
Facsimile:      (248) 208-9073
ian@michiganconsumerlaw.com
*Attorneys for Plaintiff*

E. MICHELLE DRAKE (MN0387366)
JOHN G. ALBANESE (MN0395882)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone:      (612) 256-3200
Facsimile:      (612) 338-4878
drake@nka.com
jalbanese@nka.com
*Attorneys for Plaintiffs*

GARY C. ANKERS (P41599)
MICHAEL A. CHICHESTER, JR. (P70823)
LITTLER MENDELSON PLC
200 Renaissance Center, Suite 3110
Detroit, Michigan  48243
Telephone:   (313) 202-3222
                      (313) 202-3254
Facsimile:   (313) 446-6405
gankers@littler.com
mchichester@littler.com
*Attorneys for Defendant*

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      The parties having stipulated to the entry of an Order dismissing the case

with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause be, and hereby

**is, DISMISSED WITH PREJUDICE**, and each party to bear its own costs.

Date:  April 20, 2015                                          s/Marianne O. Battani
                                                              MARIANNE O. BATTANI
                                                              United States District Judge


        The parties, through their respective counsel, hereby stipulate to the above

Order.



LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC            LITTLER MENDELSON PLC

*/s/  Ian B. Lyngklip (w/consent)*        */s/ Gary C. Ankers*
Julie A. Petrik (P47131)            Gary C. Ankers (P41599)
Ian B. Lyngklip (P47143)            Michael A. Chichester, Jr. (P70823)
24500 Northwestern Highway          200 Renaissance Center, Suite 3110
Suite 206                           Detroit, Michigan  48243
Southfield, Michigan  48075         Telephone:  (313) 202-3222
Telephone:     (248) 208-8864                   (313) 202-3254
Facsimile:     (248) 208-9073       Facsimile:   (313) 446-6405
ian@michiganconsumerlaw.com         gankers@littler.com
*Attorneys for Plaintiff*           mchichester@littler.com
                                    *Attorneys for Defendant*

NICHOLS KASTER, PLLP

*/s/ John G. Albanese (w/consent)*
E. Michelle Drake (MN0387366)
John G. Albanese (MN0395882)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone:       (612) 256-3200
Facsimile:       (612) 338-4878
drake@nka.com
jalbanese@nka.com
*Attorneys for Plaintiffs*

Dated:  April 2, 2015                              Dated:  April 2, 2015

3